UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| IN RE SUBPOENA ISSUED TO GANZ,<br><br>GOOGLE LLC,<br><br>        Movant,<br><br> v.<br><br>GANZ,<br><br>        Respondent. | Case No. 2:21-mc-00039-RSL<br><br>**JOINT MOTION TO TRANSFER AND ORDER** |

**JOINT MOTION TO TRANSFER & [PROPOSED] ORDER**
**CASE NO. 2:21-mc-00039-RSL**

COOLEY LLP
1700 SEVENTH AVENUE, SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

Pursuant to Federal Rule of Civil Procedure 45(f), Movant Google LLC and Respondent Ganz consent to the transfer of this motion to compel to Magistrate Judge Steward D. Aaron, who is overseeing the underlying dispute, *SM Kids, LLC v. Google LLC, et. al*, No. 18-cv-2637(LGS)(SDA), which is currently pending in the Southern District of New York. The Parties thus jointly request that this Court order the transfer of this motion to Judge Aaron in the Southern District of New York, under the case caption *SM Kids, LLC v. Google LLC et al.*, No. 18-cv-2637(LGS)(SDA) (S.D.N.Y.).

**IT IS SO STIPULATED.**

Dated: April 9, 2021

/s/ Christopher B. Durbin
Christopher B. Durbin (WSBA #41159)
COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
Tel.: (206) 452-8700
Fax: (206) 452-8800
Email: cdurbin@cooley.com

Attorneys for Movant GOOGLE LLC

/s/ Christian Marcelo
Christian Marcelo (WSBA #51193)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel.: (206) 359-8000
Fax: (206) 359-9000
Email: cmarcelo@perkinscoie.com

David A. Perez (WSBA #43959)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel.: (206) 359-8000
Fax: (206) 359-9000
Email: dperez@perkinscoie.com

Attorneys for Respondent GANZ

JOINT MOTION TO TRANSFER & ORDER
CASE NO. 2:21-MC-00039-RSL

1

COOLEY LLP
1700 SEVENTH AVENUE, SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

# ORDER

The Clerk of the Court is hereby directed to transfer this motion to the Southern District of New York, case caption *SM Kids, LLC v. Google LLC et al.*, No. 18-cv-2637(LGS)(SDA), (S.D.N.Y.), and is further directed to close this case.

IT IS SO ORDERED.

Dated this 12th day of April, 2021.

*/s/ Robert S. Lasnik*
THE HONORABLE ROBERT S. LASNIK

Presented by:

*/s/ Christopher B. Durbin*
Christopher B. Durbin (WSBA #41159)
COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
Tel.: (206) 452-8700
Fax: (206) 452-8800
Email: cdurbin@cooley.com

Attorneys for Movant GOOGLE LLC

*/s/ Christian Marcelo*
Christian Marcelo (WSBA #51193)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel.: (206) 359-8000
Fax: (206) 359-9000
Email: cmarcelo@perkinscoie.com

David A. Perez (WSBA #43959)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel.: (206) 359-8000
Fax: (206) 359-9000
Email: dperez@perkinscoie.com

Attorneys for Respondent GANZ

---

**JOINT MOTION TO TRANSFER & [PROPOSED] ORDER**
**CASE NO. 2:21-MC-00039-RSL**

COOLEY LLP
1700 SEVENTH AVENUE, SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700